Fernando Leone, Esq. (SBN 147933)
1503 S. Coast Drive, Suite 100B
Costa Mesa, CA 92626-3912
Phone: (855) 622-2435
Litigation.CDLG@gmail.com
Attorney for Plaintiff, Urvin R Garcia

Attorney for Plaintiff,
URVIN R GARCIA

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| URVIN R GARCIA, | Case No. 2:24-cv-00480-SB-SSC |
| Plaintiff, | *Hon. Judge Stanley Blumenfeld, Jr.* |
| v. | **NOTICE OF SETTLEMENT** |
| GF LCA, LLC; and DOES 1-10, inclusive, | |
| Defendants. | |

**TO THE HONORABLE COURT AND TO ALL INTERESTED PARTIES AND THEIR COUNSELS OF RECORD HEREIN:**

**PLEASE TAKE NOTICE** that Plaintiff, URVIN R GARCIA (hereinafter, "Plaintiff") by and through his counsel hereby submits this notice to notify the Court that he has come to a settlement agreement with Defendant.

A final dismissal notice of the case will be forthcoming once it is finalized.

DATED: February 6, 2024

BY: */s/ Fernando Leone*
Fernando Leone, Esq.
Attorney for Plaintiff,
URVIN R GARCIA